IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| Ted Derise, Jr., et al | § | C.A. NO. 3:11-cv-00542 |
|---|---|---|
| | § | |
| v. | § | |
| | § | |
| Geokinetics Holdings USA, Inc, et al | § | |

### ORDER

ON THIS DATE came for consideration Plaintiffs' Unopposed Motion to Dismiss, which Motion is hereby GRANTED, dismissing the above-styled cause of action, with prejudice, each party to bear its own costs.

IT IS FURTHER ORDERED that the Orders for maritime attachment and garnishments issued to the following entities are hereby withdrawn:

1. Geokinetics, Inc.;
2. Geokinetics International Holdings, Inc.;
3. Geokinetics Global Services, Inc.;
4. Chevron USA Inc.;
5. Apache Corporation;
6. Apache Energy Limited;
7. ExxonMobil;
8. Ironman Capital Management, LLC;
9. Avista Capital Holdings, LP;
10. Geokinetics Enterprises, Inc.;
11. Advanced Seismic Technology, Inc.;
12. Geokinetics Services Corp.;
13. Geokinetics International, Inc.; and
14. P.T. Geokinetics Indonesia.

IT IS SO ORDERED this 15th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE